**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**DORIS WASHINGTON**                                                             **PLAINTIFF**

**V.**                               **Civil Action No. 3:08-CV-00416 HTW-LRA**

**EAGLE ONE LOGISTICS AND**
**LURENZA CLINCY, JR.**                                            **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon joint stipulation of the parties, it has been represented to the Court that Plaintiff, Doris Washington, and Defendant, EagleOne Logistics, have resolved the above-captioned matter. Therefore, the above-captioned action is hereby dismissed against Defendant EagleOne Logistics with prejudice, with the parties to bear their own costs.

IT IS SO ORDERED this 29th day of July, 2009.

                                                   s/ HENRY T. WINGATE
                                                   CHIEF UNITED STATES DISTRICT JUDGE

Approved as to form:

| | |
|---|---|
| Donna S. Galchus<br>Cross, Gunter, Witherspoon<br>  & Galchus, P.C.<br>500 President Clinton Avenue<br>Suite 200<br>P.O. Box 3178<br>Little Rock, Arkansas 72203-3178<br>501-371-9999<br>dgalchus@cgwg.com | Brad A. Oberhousen<br>Oberhousen Law Firm, PLLC<br>125 South Congress Street<br>Suite 1200<br>P.O. Box 3525<br>Jackson, Mississippi 39207<br>601-352-2990 |
|  /s/ Donna S. Galchus<br>Donna S. Galchus |  /s/ Brad A. Oberhousen<br>Brad A. Oberhousen<br><br>**COUNSEL FOR PLAINTIFF** |

Edward J. Currie, Jr. MBN 5546
Currie Johnson Griffin Gaines & Myers, P.A.
1044 River Oaks Drive
Jackson, Mississippi 39232
TEL: 601-969-1010 / FAX: 601-969-5120

 /s/ Edward J. Currie, Jr.
Edward J. Currie, Jr.

**COUNSEL FOR DEFENDANT**

159733

Civil Action No. 3:08-CV-00416 HTW-LRA
Order of Dismissal with Prejudice